IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 14-cv-00053-RBJ

ANN MARIE UWANDU,

    Plaintiff,

v.

HEALTHONE OF DENVER,

    Defendant.

## ORDER TRANSFERRING CASE

Pursuant to D.C.COLO.LCivR 40.1(a), with approval of Chief Judge Marcia S. Krieger and with the consent of Judge William J. Martinez it is ordered that this matter is transferred to Judge William J. Martinez.

DATED this 16th day of January, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge